IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MICHAEL JONES ROOPAS and | : | CASE NO.13-70684 MGD |
| JONNA MOSS ROOPAS | : | |
| | : | |
| Debtors. | : | |

## CHAPTER 7 TRUSTEE'S REPORT OF ASSETS
## AND REQUEST TO SET CLAIM DEADLINE

COMES NOW Dale R. F. Goodman, the duly appointed Trustee ("Trustee") for the above-captioned Debtor(s), and hereby moves the Court to direct the Clerk of Court, pursuant to Fed. R. Bankr. P. 3002(c)(5), to notify creditors of the potential for a distribution to creditors in this case and to set a bar date for the filing of proofs of claim for all claims arising prior to the date of entry of the Order for Relief. In support thereof, the Trustee shows as follows:

1. This case was commenced as a Chapter 7 by voluntary petition on 09/23/13, and Dale R. F. Goodman was appointed as Chapter 7 Trustee (Doc. No. 5).

2. The Trustee expects to receive funds in this estate.

3. The Notice of Commencement of Case Under Chapter 7 stated that there did not appear to be assets and directed creditors not to file claims until directed to do so.

4. Since there may be assets to be administered and distributed to creditors in this case, the Trustee submits that the Court should establish a bar date by which holders of

claims must file a proof of claim. Accordingly, pursuant to Fed. R. Bankr. P. 3002(c)(5), the Trustee requests the Court to direct the Clerk of the Court to notify creditors of the likelihood of distribution and to establish a bar date for filing proofs of claim within 90 days from mailing of the notice.

This 10th day of December, 2014.

                                              /s/

1303 Hightower Trail, Suite 200    Dale R. F. Goodman, Chapter 7 Trustee
Atlanta, Georgia  30350-2919      State Bar No. 300950
770/649-7510
*dale.goodman@7trustee.net*